ACCEPTED
03-15-00534-CV
8251385
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 4:27:04 PM
JEFFREY D. KYLE
CLERK

CAUSE NO. 03-15-00534-CV

## In the Court of Appeals
## For the Third Judicial District
## Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/15/2015 4:27:04 PM
JEFFREY D. KYLE
Clerk

**FITNESS INTERNATIONAL, LLC,**
Appellant & Cross-Appellee,

v.

**GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS AND KEN PAXTON, ATTORNEY GENERAL OF TEXAS,**
Appellees & Cross-Appellants.

On Appeal from the 200th Judicial District Court, Travis County, Texas
Cause No. D-1-GN-14-003869

## APPELLEES'/CROSS-APPELLANTS' FIRST UNOPPOSED MOTION TO EXTEND TIME TO FILE INITIAL BRIEF

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Defense Litigation

ROBERT O'KEEFE
Division Chief, Tax Division

JACK HOHENGARTEN
Assistant Attorney General
State Bar No. 09812200
TEL: (512) 475-3503
FAX: (512) 477-2348
SHANNON RYMAN
Assistant Attorney General
State Bar No. 24089705
TAX DIVISION
P.O. Box 12548
Austin, Texas 78711 2548
TEL: (512) 475-4866
FAX: (512) 477-2348
*Attorneys for Appellees/ Cross-Appellants*

**TO THE HONORABLE THIRD COURT OF APPEALS:**

Pursuant to Tex. R. App. P. 10.5(b) and 38.6(d), the Appellees/Cross-Appellants, Glenn Hegar, Comptroller of Public Accounts of the State of Texas and Ken Paxton, Attorney General of Texas ("State Officials"), file this First Unopposed Motion to Extend Time to File their Brief.

1. As Cross-Appellants, the State Officials' initial or opening brief is currently due December 16, 2015.

2. The State Officials request a 30-day extension to file their initial brief, making that brief due on January 15, 2016.

3. This is the first request for extension of time to file the State Officials' initial brief.

4. As reasonable explanation for the extension, the State Officials show the following. The Appellant, Fitness International L.L.C. ("Fitness"), has requested and received a 30-day extension, so that its initial brief is due on January 15, 2016. So that the issues in this appeal are cogently briefed and presented to the court, the Appellants and Cross-Appellants should be given the same due date for their initial briefs. Further, the undersigned attorney will be out of the office during the Christmas and New Years' holidays. Finally, the extension is necessitated by other

cases on the undersigned attorneys' docket including Cause No. D-1-GV-14-000474, *Silicon Laboratories, Inc. v. Hegar, et al.* and Cause No. D-1-GN-15-000302 in which discovery ends on January 29, 2016. The undersigned attorney must complete review of current discovery, including thousands of pages of documents, and complete additional discovery including depositions by this deadline.

5. This request is not for purposes of delay but so that justice may be done and this court fully apprised of the issues before it.

**PRAYER**

For the reasons set forth above, the State Officials, Appellees/Cross-Appellants, request that this Court grant this First Unopposed Motion to Extend Time to File their initial brief and extend the deadline up to and including January 16, 2016, and grant all other and further relief to which they may be entitled.

Respectfully submitted,

KEN PAXTON
Attorney General

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Defense Litigation

ROBERT O'KEEFE
Division Chief, Tax Division

*/s/  Jack Hohengarten*
JACK HOHENGARTEN
Assistant Attorney General
State Bar No. 09812200
TEL:  (512) 475-3503
FAX: (512) 477-2348
TAX DIVISION
P.O. Box 12548
Austin, Texas 78711-2548
TEL:  (512) 475-4866
FAX: (512) 477-2348
*Attorneys for Appellees/Cross-Appellants*

## CERTIFICATE OF CONFERENCE

Pursuant to Tex. R. App. P. 10.1(5), I certify that the undersigned conferred with opposing counsel, Doug Sigel, and Mr. Sigel is not opposed to this motion.

*/s/  Jack Hohengarten*
JACK HOHENGARTEN
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I do hereby certify that on the 15th day of December, 2015, a true and correct copy of the foregoing was sent via e-service and/or electronic mail, as indicated below.

Doug Sigel
RYAN LAW FIRM, LLP
100 Congress Ave., Ste. 950
Austin, Texas 78701
doug.sigel@ryanlawllp.com

*Attorneys for Appellant/Cross-Appellee*

 /s/ *Jack Hohengarten*
JACK HOHENGARTEN
Assistant Attorney General